IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **MARGARET HEDDEN,**             )<br>                                                              )<br>                          **Plaintiff,**         )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>**JO ANNE B. BARNHART,**          )<br>**Commissioner of Social Security,**  )<br>                          **Defendant.**      )<br>_____) | **CIVIL ACTION**<br><br>**No. 05-2504-KHV** |

## ORDER

This matter is before the Court on <u>Plaintiff's Social Security Brief</u> (Doc. #6) filed April 18, 2006 and <u>Defendant's Motion To Reverse And Remand And For Entry Of Final Judgment</u> (Doc. #9) filed June 1, 2006. Plaintiff originally asked that the Commissioner's decision be reversed for the award and calculation of benefits. The Commissioner agrees that remand is necessary, and the Court finds that remand will expedite a proper determination of plaintiff's claim.

**IT IS THEREFORE ORDERED** that <u>Defendant's Motion To Reverse And Remand And For Entry Of Final Judgment</u> (Doc. #9) filed June 1, 2006 be and hereby is **SUSTAINED**. The Clerk is directed to enter final judgment reversing and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

Dated this 21st day of June, 2006 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Court