IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARGARET HEDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 05-2504-KHV |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING ATTORNEY'S FEES
### UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,048.23. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $250.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$5,048.23**.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$250.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 19th day of July, 2006.

                                                 s/ Kathryn H. Vratil
                                                 KATHRYN H. VRATIL

United States District Judge

APPROVED BY:

s/ Sharon J. Meyers
Sharon J. Meyers, Bar No. 70589
4050 Pennsylvania Avenue, Suite 210
Kansas City, Missouri 64111
(816) 753-3929
Email: sjmeyers@sbcglobal.net

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Email: David.Zimmerman@usdoj.gov

Attorneys for the United States


OF COUNSEL
Frank V. Smith III
Chief Counsel, Region VII
Social Security Administration

By
  Teresa J. Stremel
  Ks. S.Ct. No. 15930
  Assistant Regional Counsel

ELECTRONICALLY SUBMITTED